IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03263–MSK–KMT

FELLOWSHIP OF CATHOLIC UNIVERSITY STUDENTS, a Colorado non-profit corporation,
CURTIS A. MARTIN,
CRAIG MILLER,
BRENDA CANNELLA, and
CINDY O'BOYLE,

    Plaintiffs,

v.

KATHELEEN SEBELIUS,  Secretary of the United States Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
THOMAS PEREZ, Secretary of the United States Department of Labor,
UNITED STATES DEPARTMENT OF LABOR,
JACOB J. LEW, Secretary of the United States Department of the Treasury, and
UNITED STATES DEPARTMENT OF THE TREASURY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Set Briefing Schedule" (Doc. No. 15, filed January 27, 2014) is GRANTED in part and DENIED in part.

It appears the parties wish to extend the deadline by which the defendants must answer or otherwise respond to the Complaint.  This request is GRANTED.  Defendants shall answer or otherwise respond to the Complaint on or before February 13, 2014.

The motion to set a briefing schedule regarding "Plaintiffs' Motion for Partial Summary Judgment" (Doc. No. 12) is GRANTED.  Defendants' response in opposition to Plaintiffs' motion for partial summary judgment shall be filed on or by February 13, 2014.  Plaintiffs' reply in support of their motion for partial summary judgment shall be filed on or by March 6, 2014.

The motion to set a briefing schedule on Defendants' anticipated motion to dismiss or, in the alternative, motion for summary judgment is DENIED as premature. The briefing schedule for any motion is set forth in D.C.COLO.LCivR 7.1(d). To the extent the parties wish to extend any briefing deadlines, they may file an appropriate motion after the motion to dismiss or, in the alternative, motion for summary judgment is filed. The parties are reminded that a motion shall not be included in a response or reply to an original motion. D.C.COLO.LCivR 7.1(d).

The motion to vacate the "Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" (Doc. No. 8) is DENIED. The parties have failed to address the factors that the court ordinarily considers with regard to a request to stay deadlines. *See String Cheese Incident, LLC v. Stylus Shows, Inc.*, 02-CV-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. March 30, 2006). Moreover, due to the confines of Fed. R. Civ. P. 16(b)(2), the Scheduling Order must be entered on or before March 17, 2014.

Finally, the parties are reminded that they may not stipulate to extensions of time except for as provided in D.C.COLO.LCivR 6.1(a).

Dated: February 10, 2014