IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03263–MSK–KMT

FELLOWSHIP OF CATHOLIC UNIVERSITY STUDENTS, a Colorado non-profit corporation,
CURTIS A. MARTIN,
CRAIG MILLER,
BRENDA CANNELLA, and
CINDY O'BOYLE,

    Plaintiffs,

v.

KATHLEEN SEBELIUS,  Secretary of the United States Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
THOMAS PEREZ, Secretary of the United States Department of Labor,
UNITED STATES DEPARTMENT OF LABOR,
JACOB J. LEW, Secretary of the United States Department of the Treasury, and
UNITED STATES DEPARTMENT OF THE TREASURY,

    Defendants.

---

**ORDER and
RECOMMENDATION OF MAGISTRATE JUDGE**

---

This court has reviewed the proposed Civil Scheduling Order tendered by counsel for the parties and heard arguments regarding scheduling at a hearing convened on March 5, 2014. The parties have agreed that certain preliminary matters should be addressed prior to the scheduling of discovery in the case, to wit: "Plaintiff's Motion for Partial Summary Judgment" [Doc. No. 12], and; "Plaintiff's Motion for Preliminary Injunction, Certificate of Compliance Re:

Consultation and Request for Forthwith Consideration" [Doc. No. 33], both now pending before Chief District Judge Marcia S. Krieger.  The parties further agree that consideration of the pending Defendants' "Motion to Dismiss or, in the Alternative, for Summary Judgment" [Doc. No. 19] is premature and that Plaintiff should not be required to file a response to that Motion until further order from the court following resolution of Doc. Nos. 12 and 33.

The parties are in also in agreement that it would be in the interest of justice to stay responses to outstanding discovery until the District Court considers Doc. Nos. 12 and 33.  (See "Minute Order Re: Scheduling Conference [Proposed]" [Doc. No. 32].)

Under the circumstances presented in this case and given the particularized time strictures inherent in the statutes at issue, this court is in agreement that it would advance the interests of the parties, the public and the court to delay discovery pending resolution of the preliminary issues by the District Court.

Therefore, it is **ORDERED**

1. This court will not, at this time, enter a Civil Scheduling Order.

2. All discovery, including responses to discovery served by Plaintiffs on February 14, 2014 and Defendants' Rule 26(a)(1) obligations, is stayed pending ruling on "Plaintiff's Motion for Partial Summary Judgment" [Doc. No. 12] and "Plaintiff's Motion for Preliminary Injunction, Certificate of Compliance Re: Consultation and Request for Forthwith Consideration" [Doc. No. 33], or until further order of the court.

3. Within five business days of the District Court's resolution of Doc. Nos. 12 and 33, the parties shall file a joint status report addressing the continued need for discovery, the proposed scheduling of discovery and the entry of a Scheduling Order.

Further, it is **RECOMMENDED**

1.  That the District Court suspend consideration of Defendants' "Motion to Dismiss or, in the Alternative, for Summary Judgment" [Doc. No. 19] and that any response to that Motion from the Plaintiff be deferred until further order of the court.

Dated this 25th day of March, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge